```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

OCCUPY NASHVILLE, an                )
unincorporated organization;        )
PAULA ELAINE PAINTER; MALINA        )
CHAVEZ SHANNON; LAUREN MARIE        )
PLUMMER; ADAM KENNETH KNIGHT;       )
WILLIAM W. HOWELL; and              )
DARRIA HUDSON,                      )
                                    )
        Plaintiffs                  )
                                    )     No. 3:11-1037
v.                                  )     Judge Trauger/Brown
                                    )     **Jury Demand**
WILLIAM EDWARD HASLAM, "Bill",      )
Governor of the State of            )
Tennessee; WILLIAM L. GIBBONS,      )
Commissioner of the Tennessee       )
Department of Safety; and           )
STEVEN G. CATES, Commissioner       )
of the Tennessee Department         )
of General Services,                )
                                    )
        Defendants                  )

## O R D E R

A continuation of the settlement conference was held in this matter on April 9, 2012. Although the parties continued to bargain in good faith an agreement satisfactory to both sides could not be reached.

The undersigned has advised the parties that he remains available to work with them should positions change. It is possible that the sides may reconsider their positions once they have undertaken some discovery and the issue of class certification has been clarified.

It is so **ORDERED**.

                                /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge