IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OCCUPY NASHVILLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:11-CV-01037 |
| | ) | JUDGE TRAUGER |
| | ) | |
| WILLIAM E. (Bill) HASLAM, et al., | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO
FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
filed on behalf of
WILLIAM EDWARD "BILL" HASLAM in his official capacity,
WILLIAM L. GIBBONS in his official and individual capacities and
STEVEN G. CATES in his official and individual capacities**

Plaintiffs filed a response to Defendants' Motion for Protective Order on January 22, 2013. (Dkt. Entry No. 51, Response) Pursuant to Local Rule 7.01(b), Defendants request permission to file a Reply Brief. A Reply Brief is necessary to respond to both alleged and interpreted facts, as well as to respond to the additional case law set forth in Plaintiffs' Response.

Defendants request up to and including January 31, 2013 to file their Reply because Lead Counsel Dawn Jordan is currently in trial in East Tennessee, and the undersigned is today leaving for Rogersville, TN on another matter. Defendants note that according to Local Rule 7.01(b), Plaintiffs had until January 16, 2013 to file a Response, but did not do so until January 22, 2013, six (6) days later.

**ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge**

however, the parties should spend more time on the merits of the case than calculating deadlines. This motion is set for a hearing on Thursday, February 7, 2013 at 3:00 p.m. Courtroom 783, U.S. Courthouse unless the parties agree a hearing is not necessary and advise the Court prior to the hearing.