IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OCCUPY NASHVILLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:11-CV-01037 |
| | ) | JUDGE TRAUGER |
| | ) | |
| WILLIAM EDWARD "BILL" | ) | |
| HASLAM, et al., | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is given that defendants William Gibbons and Steven Cates hereby appeal to the United States Court of Appeals for the Sixth Circuit from the June 12, 2013 Order of the United States District Court for the Middle District of Tennessee denying in part the defendants' motion for summary judgment and granting in part the plaintiffs' motion for summary judgment. (Docket No. 88 and 89). Defendants appeal the portions of the order denying the defendants' defense of qualified immunity, *see Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985), and the resultant findings in favor of some of the plaintiffs on the claims for alleged First Amendment violation (Count I of Amended Complaint), Due Process violation (Count V of Amended Complaint), and Fourth Amendment violation (Count VIII of Amended Complaint).

1

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

S/Dawn Jordan_____
DAWN JORDAN, BPR # 20383
HEATHER C. ROSS, BPR # 15644
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-6440

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, a true and correct copy of the foregoing Notice of Appeal was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system.

| | |
|---|---|
| C. David Briley<br>Bone McAllester Norton PLLC<br>511 Union Street, Suite 1600<br>Nashville, TN 37219 | Patrick G. Frogge<br>Bell Tennant & Frogge, PLLC<br>414 Union Street, Suite 904<br>Nashville, TN 37219 |
| Tricia R. Herzfeld<br>Senior Counsel<br>Ozment Law<br>1214 Murfreesboro Pike<br>Nashville, TN 37217 | Thomas H. Castelli<br>ACLU<br>P.O. Box 120160<br>Nashville, TN 37212 |

S/Dawn Jordan_____
Dawn Jordan

2