```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675027126
Cashier ID: astraugh
Transaction Date: 06/27/2013
Payer Name: STATE OF TENNESSEE
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STATE OF TENNESSEE
 Case/Party: D-TNM-3-11-CV-001037-001
 Amount:       $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 46050730
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```